**1**

Walter STEGALL v. STATE. (No. 8919.)
(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of three years. The indictment appears regular. The facts are not at hand. No fundamental error is perceived, and there is no complaint by bill of exceptions of any error in the procedure. The judgment is affirmed.

**2**

Will WEAVER v. STATE. (No. 8924.)
(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant and Robert Johnson were jointly indicted, charged with the theft of a number of dresses, aggregating the value of $854.50. Upon the trial of the case Johnson entered a plea of guilty. Appellant pleaded not guilty. Johnson's punishment was assessed at two years' confinement in the penitentiary, and appellant's punishment at six years' confinement in the penitentiary. Weaver alone appeals. No bills of exception appear in the record, and no statement of facts accompany it. In this condition, nothing is presented to this court for review, and the judgment is affirmed.

**3**

Martin WHITE v. STATE. (No. 8921.)
(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. The indictment appears regular. The facts are not at hand. No fundamental error is perceived, and there is no complaint by bills of exception of any errors in the procedure. The judgment is affirmed.

**4**

Martin WHITE v. STATE. (No. 8922.)
(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary, punishment being assessed at confinement in the penitentiary for eight years. No statement of facts accompany the record, and no bills of exception appear therein. Appellant filed a motion to quash the indictment. We find no vice whatever in it. A special charge also appears to have been requested, the refusal of which was excepted to; but, in the absence of a statement of facts, we are unable to determine whether the charge should have been given, and must assume that the court properly refused it. No errors appearing in the record, the judgment is affirmed.

**5**

Louis WHITE v. STATE. (No. 8923.)
(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Harris county of possessing intoxicating liquor, and his punishment fixed at one year in the penitentiary. This case is before us on appeal, without statement of facts or bills of exception. We have examined the indictment and the charge of the court, and believe same to be in conformity with law. An affirmance will be ordered.

**6**

W. T. WILSON v. STATE. (No. 8806.)
(Court of Criminal Appeals of Texas. Oct. 22, 1924.) Appeal from District Court, Shelby County; Chas. L. Brachfield, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

**7**

Jim WRIGHT v. STATE. (No. 8957.)
(Court of Criminal Appeals of Texas. Nov. 5, 1924.) Appeal from District Court, Bastrop County; R. J. Alexander, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Bastrop county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary. This case is before us on appeal, without statement of facts or bills of exception. We have examined the indictment and the charge of the court, and believe same to be in conformity with law. An affirmance will be ordered.

**8**